**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CHRIS DEYERLE, | ) | |
| | ) | |
| Petitioner, | ) | 3:12-cv-00125-RCJ-VPC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LA GRANT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This is a pro se petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF #6). The court previously granted in part and denied in part respondents' motion to dismiss (ECF #27). On September 30, 2014, the court denied petitioner's motion for stay and abeyance (ECF #45). On December 18, 2014, the court directed petitioner to inform the court in a sworn declaration whether he wished to (1) dismiss the unexhausted grounds for relief in his federal habeas petition and proceed on the exhausted grounds; or (2) dismiss this petition in order to return to state court to exhaust his unexhausted claims (ECF #47).

On January 7, 2015, petitioner filed his sworn declaration stating that he wishes to dismiss the instant federal petition in order to return to state court to exhaust his unexhausted claims (ECF #48).

**IT IS THEREFORE ORDERED** that this petition is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: This 20th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE